UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE CARLTON SMITH,

    Plaintiff,

v.

L. STEPP, et al.,

    Defendants.
                           /

No. C 13-3316 MEJ (pr)

**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME; DIRECTIONS TO CLERK**

(Docket No. 22)

Good cause appearing, defendants' request for an extension of time to file a dispositive motion is GRANTED. The deadline for defendants to file a dispositive motion is CONTINUED to **January 6, 2014.** Plaintiff must file any opposition to defendants' motion within **twenty-eight (28)** days of the date the motion is filed. Defendants must file a reply within **fourteen (14)** days of the date the opposition is filed.

The Clerk is directed to send defendants' counsel a copy of the "Consent or Declination to Magistrate Judge Jurisdiction" form. Defendants must complete the "Consent or Declination to Magistrate Judge Jurisdiction" form no later than **fourteen (14)** days from the date of this order.

Counsel for defendants must also inform the Court no later than **fourteen (14)** days from the date of this order whether she will also represent defendant M. Zornes.

This order terminates Docket No. 22.

IT IS SO ORDERED.

DATED: October 28, 2013

                                                  Maria-Elena James
                                                United States Magistrate Judge

United States District Court
For the Northern District of California