UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CARLTON SMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>L. STEPP, et al.,<br><br>    Defendants.<br>_____/ | No. C 13-3316 MEJ (pr)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME; DIRECTIONS TO CLERK**<br><br>(Docket No. 22) |

Good cause appearing, defendants' request for an extension of time to file a dispositive motion is GRANTED. The deadline for defendants to file a dispositive motion is CONTINUED to **January 6, 2014.** Plaintiff must file any opposition to defendants' motion within **twenty-eight (28)** days of the date the motion is filed. Defendants must file a reply within **fourteen (14)** days of the date the opposition is filed.

The Clerk is directed to send defendants' counsel a copy of the "Consent or Declination to Magistrate Judge Jurisdiction" form. Defendants must complete the "Consent or Declination to Magistrate Judge Jurisdiction" form no later than **fourteen (14)** days from the date of this order.

Counsel for defendants must also inform the Court no later than **fourteen (14)** days from the date of this order whether she will also represent defendant M. Zornes.

This order terminates Docket No. 22.

IT IS SO ORDERED.

DATED: October 28, 2013

Maria-Elena James
United States Magistrate Judge