UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CARLTON SMITH, | No. C 13-3316 MEJ (pr) |
| Plaintiff, | **ORDER GRANTING MOTION FOR EXTENSION OF TIME** |
| v. | |
| L. STEPP, et al., | (Docket No. 53) |
| Defendants. | |

Plaintiff Lawrence Carlton Smith filed a pro se civil rights action under 42 U.S.C. § 1983.  On July 2, 2014, Defendants filed a motion for summary judgment.  (Docket No. 47.)  Plaintiff has filed a motion requesting an extension of time in which to file an opposition.  (Docket No. 53.)  Plaintiff states that his opposition is complete but due to an institution lockdown he is unable to make a copy of his completed opposition.  (Id.)

Plaintiff's motion is GRANTED.  Plaintiff shall file an opposition **within thirty (30) days** of the filing date of this order.  Defendants shall file a reply **within fourteen (14) days** thereafter.

This order terminates docket number 53.

IT IS SO ORDERED.

DATED: August 4, 2014

Maria-Elena James
United States Magistrate Judge

C:\Users\maherr\AppData\Local\Temp\notes1A03DD\L Smith 13-3316 eot-opp.wpd