UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CARLTON SMITH, | No. C 13-3316 MEJ (pr) |
| Plaintiff, | **ORDER GRANTING MOTION TO DISMISS DEFENDANT ZORNES** |
| v. | |
| L. STEPP, et al., | (Docket No. 67) |
| Defendants. | |

Plaintiff Lawrence Carlton Smith filed a *pro se* civil rights action under 42 U.S.C. § 1983. On September 23, 2014, defense counsel notified the court that the Office of the Attorney General was informed that Defendant Zornes has been deceased since October 2012. On October 14, 2014, the court directed Plaintiff to locate Defendant Zornes' successors or representatives and file a motion for substitution within ninety days. Plaintiff has filed a motion to dismiss Defendant Zornes due to his inability to locate Defendant Zornes' successors or representatives. Plaintiff's motion is **GRANTED**. The Clerk of the Court is instructed to dismiss all claims against Defendant Zornes, terminate any deadlines associated with Defendant Zornes, and remove him from the caption of this case.

This order terminates Docket No. 67.

IT IS SO ORDERED.

DATED: November 3, 2014

Maria-Elena James
United States Magistrate Judge