UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CARLTON SMITH, | No. C 13-3316 MEJ (pr) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME** |
| v. | |
| L. STEPP, et al., | (Docket No. 80) |
| Defendants. | |

Good cause appearing, defendants' request for an extension of time to file a dispositive motion is GRANTED. The deadline for defendants to file a dispositive motion is CONTINUED to **August 4, 2015.** Plaintiff must file any opposition to defendants' motion within **twenty-eight (28)** days of the date the motion is filed. Defendants must file a reply within **fourteen (14)** days of the date the opposition is filed.

This order terminates Docket No. 80.

IT IS SO ORDERED.

DATED: June 1, 2015

Maria-Elena James
United States Magistrate Judge