**United States District Court**
For the Northern District of California

1
2
3
4
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

6
7
8

LAWRENCE CARLTON SMITH,                          No. C 13-3316 MEJ (PR)

9
               Plaintiff,                        **ORDER GRANTING DEFENDANTS'**
10                                               **MOTION FOR EXTENSION OF TIME**
       v.
11
L. STEPP, et al.,                                (Docket No. 104)
12
               Defendants.
13                                        /
14

       Good cause appearing, defendants' motion for an extension of time to file a reply to

15
plaintiff's opposition to defendants' motion for summary judgment is GRANTED.

16
Defendants shall file their reply on or before **November 10, 2015**.

17
       This order terminates Docket No. 104.

18
       IT IS SO ORDERED.

19
20
DATED: _____November 4, 2015_____      _____
21
                                               Maria-Elena James
22
                                               United States Magistrate Judge
23
24
25
26
27
28