UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CARLTON SMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>J. GARCIA, et al.,<br><br>    Defendants. | Case No.  13-cv-03316-MEJ   (NJV)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on August 19, 2016 at Solano State Prison, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X )  Plaintiff, Lawrence Smith.

    (   )  Warden or warden's representative

    ( X )  Office of the California Attorney General, Zewugeberhan Zegeye Desta.

    (   )  Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( X )  The case has been completely settled.

    (   )  The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

1   ( ) The parties are unable to reach an agreement at this time.

2   **IT IS SO ORDERED.**

3   Dated: September 19, 2016

4   _____

5   NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CARLTON SMITH,<br><br>Plaintiff,<br><br>v.<br><br>J. GARCIA, et al.,<br><br>Defendants. | Case No.  13-cv-03316-MEJ   (NJV)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 19, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lawrence Carlton Smith ID: P-54955
Facility B Bldg 3 Bed 140
CSP-Los Angeles County
P.O. Box 8457
Lancaster, CA 93539

Dated: September 19, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS