UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CARLTON SMITH,<br><br>  Plaintiff,<br><br>  v.<br><br>J. GARCIA, et al.,<br><br>  Defendants. | Case No. 13-cv-03316-MEJ (PR)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation for Voluntary Dismissal (Docket No. 115), this action is DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: October 25, 2016

MARIA-ELENA JAMES
United States Magistrate Judge