United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE CARLTON SMITH,

    Plaintiff,

v.

J. GARCIA, et al.,

    Defendants.

Case No. 13-cv-03316-MEJ (PR)

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the Stipulation for Voluntary Dismissal (Docket No. 115), this action is DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: October 31, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge